**SEALED**

**FILED**

MAR 2 8 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:  )  CASE NO. 2:18-SW-0231 EFB
                                 )
7661 Fey Way                     )
Elk Grove, California            )  SEALING ORDER
                                 )

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Dated: 3-28-2018

_____
EDMUND F. BRENNAN
United States Magistrate Judge